UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; MARK TEMPLE, an individual; NOREEN MCNULTY, an individual; WARREN PEARL, an individual; LYLE DUVAUCHELLE, an individual; GLENN OSBORN, an individual; JEFFREY RABE, an individual; DAVID ZALITSKIY, an individual; WILLIAM LANGHORNE, an individual; THOMAS BELL, an individual; ROBERT BALTHORPE II, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF RANCHO CORDOVA, a political subdivision of the state of California; COUNTY OF SACRAMENTO, a political subdivision of the state of California; RANCHO CORDOVA POLICE DEPARTMENT, an independent legal agency of the COUNTY OF SACRAMENTO and the CITY OF RANCHO CORDOVA; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; MICHAEL GOOLD, in his official capacity as the Chief of Police of the CITY OF RANCHO CORDOVA; RANCHO CORDOVA POLICE TRAFFIC SERGEANT G. LANE, in his individual and official capacity as Supervisor of the Traffic Division; SCOTT R. JONES, in his official capacity as the SHERIFF of the COUNTY OF SACRAMENTO; | No.   2:14-cv-01588-GEB-DAD<br><br>**ORDER STRIKING PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | RANCHO CORDOVA POLICE OFFICER S. CARRDOZZO (badge number 480); RANCHO CORDOVA POLICE OFFICER M. JAMES (badge number 507); RANCHO CORDOVA POLICE OFFICER S. PADGETT (badge number 1174),<br><br>        Defendants. |

On October 6, 2014, over twenty-one (21) days after Plaintiffs served their complaint and Defendants filed a dismissal motion under Federal Rule of Civil Procedure 12(b), Plaintiffs filed a First Amended Complaint in this action. (ECF No. 14.) Plaintiffs' First Amended Complaint is stricken since it has not been filed in compliance with Federal Rule of Civil Procedure 15(a)(1).

Dated: October 7, 2014

                                                      GARLAND E. BURRELL, JR.
                                                      Senior United States District Judge