UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; MARK TEMPLE, an individual; NOREEN MCNULTY, an individual; WARREN PEARL, an individual; LYLE DUVAUCHELLE, an individual; GLENN OSBORN, an individual; JEFFREY RABE, an individual; DAVID ZALITSKIY, an individual; WILLIAM LANGHORNE, an individual; THOMAS BELL, an individual; ROBERT BALTHORPE II, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF RANCHO CORDOVA, a political subdivision of the state of California; COUNTY OF SACRAMENTO, a political subdivision of the state of California; RANCHO CORDOVA POLICE DEPARTMENT, an independent legal agency of the COUNTY OF SACRAMENTO and the CITY OF RANCHO CORDOVA; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; MICHAEL GOOLD, in his official capacity as the Chief of Police of the CITY OF RANCHO CORDOVA; RANCHO | No.  2:14-cv-01588-GEB-DAD<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND TIME** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | CORDOVA POLICE TRAFFIC SERGEANT G. LANE, in his individual and official capacity as Supervisor of the Traffic Division; SCOTT R. JONES, in his official capacity as the SHERIFF of the COUNTY OF SACRAMENTO; RANCHO CORDOVA POLICE OFFICER S. CARRDOZZO (badge number 480); RANCHO CORDOVA POLICE OFFICER M. JAMES (badge number 507); RANCHO CORDOVA POLICE OFFICER S. PADGETT (badge number 1174),<br><br>            Defendants. |

On October 10, 2014, Plaintiffs submitted an ex parte application for an order extending time for Plaintiffs to file an opposition to Defendants' motion to dismiss to October 13, 2014, the date on which it was filed. ("Ex Parte Appl.," ECF No. 16.) The application included a declaration from Plaintiffs' counsel stating he met and conferred with Defendants' counsel and Defendants' counsel "stated that his client[]s would not oppose [Plaintiffs' ex parte application] so long as" the opposition was filed by October 13, 2014 and Defendants were permitted until 5PM on October 15, 2014 to file a reply brief. (Ex Parte Appl. 6:5-12.)

In light of the parties' agreement, the briefing schedule is modified as stated in the parties' agreement.

Dated:  October 14, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2