UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; MARK TEMPLE, an individual; NOREEN MCNULTY, an individual; WARREN PEARL, an individual; LYLE DUVAUCHELLE, an individual; GLENN OSBORN, an individual; JEFFREY RABE, an individual; DAVID ZALITSKIY, an individual; WILLIAM LANGHORNE, an individual; THOMAS BELL, an individual; ROBERT BALTHORPE II, an individual,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF RANCHO CORDOVA, a political subdivision of the state of California; COUNTY OF SACRAMENTO, a political subdivision of the state of California; RANCHO CORDOVA POLICE DEPARTMENT, an independent legal agency of the COUNTY OF SACRAMENTO and the CITY OF RANCHO CORDOVA; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; MICHAEL GOOLD, in his official capacity as the Chief of Police of the CITY OF RANCHO CORDOVA; RANCHO CORDOVA POLICE TRAFFIC SERGEANT G. LANE, in his | No. 2:14-cv-01588-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

1

| | |
|---|---|
| 1 | individual and official capacity as Supervisor of the Traffic Division; SCOTT R. JONES, in his official capacity as the SHERIFF of the COUNTY OF SACRAMENTO; RANCHO CORDOVA POLICE OFFICER S. CARRDOZZO (badge number 480); RANCHO CORDOVA POLICE OFFICER M. JAMES (badge number 507); RANCHO CORDOVA POLICE OFFICER S. PADGETT (badge number 1174), |
| 8 | Defendants. |

Plaintiffs state in the Joint Status Report ("JSR") filed October 14, 2014, that they "anticipate filing an Amended and Supplemental Complaint." (JSR 3:4, ECF No. 18.) This statement fails to comply with Plaintiffs' obligation under Rule 16 to provide meaningful information on when the referenced amendment would be sought.

> Parties anticipating possible amendments . . . have an unflagging obligation to alert the Rule 16 scheduling judge of the . . . timing of such anticipated amendments in their status reports so that the judge can consider whether such amendments may properly be sought solely under the Rule 15(a) standard, and whether structuring discovery pertinent to the parties' decision whether to amend is feasible.

Jackson v. Laureate, Inc., 186 F.R.D. 605, 608 (E.D. Cal. 1999) (internal quotation marks omitted).

Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 27, 2014, is continued to November 10, 2014, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff shall provide additional

2

1  information concerning the referenced amendment.
2          IT IS SO ORDERED.
3  Dated:  October 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge