UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; MARK TEMPLE, an individual; NOREEN MCNULTY, an individual; WARREN PEARL, an individual; LYLE DUVAUCHELLE, an individual; GLENN OSBORN, an individual; JEFFREY RABE, an individual; DAVID ZALITSKIY, an individual; WILLIAM LANGHORNE, an individual; THOMAS BELL, an individual; ROBERT BALTHORPE II, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF RANCHO CORDOVA, a political subdivision of the state of California; COUNTY OF SACRAMENTO, a political subdivision of the state of California; RANCHO CORDOVA POLICE DEPARTMENT, an independent legal agency of the COUNTY OF SACRAMENTO and the CITY OF RANCHO CORDOVA; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; MICHAEL GOOLD, in his official capacity as the Chief of Police of the CITY OF RANCHO CORDOVA; RANCHO | No. 2:14-cv-01588-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | CORDOVA POLICE TRAFFIC SERGEANT G. LANE, in his individual and official capacity as Supervisor of the Traffic Division; SCOTT R. JONES, in his official capacity as the SHERIFF of the COUNTY OF SACRAMENTO; RANCHO CORDOVA POLICE OFFICER S. CARRDOZZO (badge number 480); RANCHO CORDOVA POLICE OFFICER M. JAMES (badge number 507); RANCHO CORDOVA POLICE OFFICER S. PADGETT (badge number 1174),<br><br>            Defendants. |

The parties' Joint Status Report ("JSR") filed October 27, 2014, reveals this case is not ready to be scheduled. Although this is a putative class action, Plaintiffs do not address in the JSR when they will seek class certification. Federal Rule of Civil Procedure 23(c)(1) prescribes "the court must determine by order whether to certify the action as a class action" at "an early practicable time."

Therefore, the Status (Pretrial Scheduling) Conference set for November 10, 2014, is continued to December 15, 2014, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall propose a briefing schedule on Plaintiffs' proposed motion for class certification and address whether the action should otherwise be scheduled pending decision on that motion. In the event the parties opine the matter should be scheduled, they shall address in the further joint status report their proposals for such scheduling in accordance with Local Rule 240.  Plaintiffs shall also address in the joint status report

1 | when they will seek leave to file the First Amended and
2 | Supplemental Complaint referenced in the JSR at 3:2-5:5.
3 |     IT IS SO ORDERED.
4 |   Dated:  November 5, 2014

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```