UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; MARK TEMPLE, an individual; NOREEN MCNULTY, an individual; WARREN PEARL, an individual; LYLE DUVAUCHELLE, an individual; GLENN OSBORN, an individual; JEFFREY RABE, an individual; DAVID ZALITSKIY, an individual; WILLIAM LANGHORNE, an individual; THOMAS BELL, an individual; ROBERT BALTHORPE II, an individual,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF RANCHO CORDOVA, a political subdivision of the state of California; COUNTY OF SACRAMENTO, a political subdivision of the state of California; RANCHO CORDOVA POLICE DEPARTMENT, an independent legal agency of the COUNTY OF SACRAMENTO and the CITY OF RANCHO CORDOVA; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; MICHAEL GOOLD, in his official capacity as the Chief of Police of the CITY OF RANCHO CORDOVA; RANCHO CORDOVA POLICE TRAFFIC SERGEANT G. LANE, in his individual and official capacity as Supervisor of the Traffic Division; SCOTT R. JONES, in his official capacity as the SHERIFF of the COUNTY OF SACRAMENTO; | No. 2:14-cv-01588-GEB-DAD<br><br>**STATUS (PRETRIAL SCHEDULING) ORDER** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | RANCHO CORDOVA POLICE OFFICER S. CARRDOZZO (badge number 480); RANCHO CORDOVA POLICE OFFICER M. JAMES (badge number 507); RANCHO CORDOVA POLICE OFFICER S. PADGETT (badge number 1174),<br><br>            Defendants. |

The status (pretrial scheduling) conference scheduled for hearing on December 15, 2014, is vacated since the parties' Joint Status Report filed December 1, 2014 ("JSR") indicates the following Order should issue.

### MOTION FOR CLASS CERTIFICATION

The parties' proposed briefing schedule concerning whether this putative class action should be certified as a class action is adopted as follows: The motion for class certification shall be filed no later than July 1, 2015; an opposition or statement of non-opposition to the motion shall be filed no later than July 23, 2015; and any reply shall be filed no later than August 6, 2015. The hearing on the motion shall be noticed for August 24, 2015, at 9:00 a.m.

### SCHEDULING FURTHER STATUS REPORT

A further Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on October 26, 2015. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated:   December 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28