**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

Attorneys for Defendants

Gary W. Gorski (SBN 166526)
LAW OFFICES OF GARY W. GORSKI
1207 Front Street, Suite 15
Sacramento, CA 95814
(916) 965-6800

Daniel M. Karalash (SBN 176422)
Strategic Law Command
1207 Front Street, Suite 15
Sacramento, CA 95814
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.O.L.T. an unincorporated association of motorcycle riders and enthusiasts; MARK TEMPLE; JOHN DALKE; LAWRENCE "WOLF" HAVEN; NOREEN McNULTY; WARREN PEARL; LYLE DUVAUCHELLE; JEFFREY RABE; DAVID ZALITSKIY; WILLIAM LANGHORNE; THOMAS BELL; ROBERT BALTHORPE II;<br><br>                    Plaintiffs,<br>vs.<br><br>CITY OF RANCHO CORDOVA, a political subdivision of the State of California; COUNTY OF SACRAMENTO; a political subdivision of the State of California; RANCHO CORDOVA POLICE DEPARTMENT, an independent legal agency of the COUNTY OF SACRAMENTO and the | Case No. 2:14-cv-01588-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING, FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT, AND FOR SERVICE OF SAME**<br><br>**Complaint filed July 4, 2014** |

1
STIPULATION AND [PROPOSED] TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING, FOR
PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT, AND FOR SERVICE OF SAME

{01359442.DOC}

CITY OF RANCHO CORDOVA; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; MICHAEL GOOLD, in his official capacity as the Chief of Police of the CITY OF RANCHO CORDOVA; RANCHO CORDOVA POLICE TRAFFIC SERGEANT G. LANE, in his individual and official capacity as Supervisor of the Traffic Division; SCOTT R. JONES, in his official capacity as the SHERIFF of the COUNTY OF SACRAMENTO; RANCHO CORDOVA POLICE OFFICER S. CARROZZO (badge number 480); RANCHO CORDOVA POLICE OFFICER M. JAMES (badge number 507; RANCHO CORDOVA POLICE OFFICER S. PADGETT (badge number 1174),

                    Defendants.
                                    /

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by and through their undersigned Counsel, pursuant to Eastern District Local Rule 143 and 144 as follows:

1) The parties have met and conferred regarding deficiencies and ambiguities in the First Amended Complaint filed.

2) In the interest of expediting this matter, the parties agree that a Second Amended Complaint would expedite the law and motion process, and resolve any technical deficiencies.

3) Defendants' responsive pleading and/or motion as to the First Amended Complaint is currently due Monday, February 2, 2015.

4) The parties respectfully request that the Court extend the time for Defendants to file a responsive pleading and/or motion up to and including February 23, 2015.

5) The parties stipulate and further respectfully request that the Court grant Plaintiffs leave to file a Second Amended Complaint by February 10, 2015, with a draft emailed to Defendants on February 3, 2015, for the purposes of further meet and confer.

2
STIPULATION AND [PROPOSED] TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING, FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT, AND FOR SERVICE OF SAME

{01359442.DOC}

6) This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

Dated: February 2, 2015  

Respectfully submitted,
LAW OFFICES OF GARY W. GORSKI

By __/s/Gary W. Gorski_____
Gary W. Gorski

STRATEGIC LAW COMMAND
/c/Daniel M. Karalash
Daniel M. Karalash

Attorneys for Plaintiffs

Dated:  February 2, 2015  

PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ Kristina M. Hall
Terence J. Cassidy
Kristina M. Hall
Attorneys for Defendants
CITY OF RANCHO CORDOVA, COUNTY OF SACRAMENTO, RANCHO CORDOVA POLICE DEPARTMENT, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, MICHAEL GOOLD, G. LANE, SCOTT R. JONES, S. CARROZZO, M. JAMES, and S. PADGETT

## **ORDER**

Having reviewed the above stipulation, IT IS HEREBY ORDERED that the time for Defendants to respond to the operative Complaint in this action be, and hereby is, extended to February 23, 2015;

IT IS FURTHER ORDERED, that Plaintiffs referenced Second Amended Complaint shall be filed no later than February 10, 2015.

3
STIPULATION AND [PROPOSED] TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING, FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT, AND FOR SERVICE OF SAME

{01359442.DOC}

**IT IS SO ORDERED.**

**Dated: February 2, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4
STIPULATION AND [PROPOSED] TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING, FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT, AND FOR SERVICE OF SAME

{01359442.DOC}