UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; MARK TEMPLE, an individual; NOREEN MCNULTY, an individual; WARREN PEARL, an individual; LYLE DUVAUCHELLE, an individual; GLENN OSBORN, an individual; JEFFREY RABE, an individual; DAVID ZALITSKIY, an individual; WILLIAM LANGHORNE, an individual; THOMAS BELL, an individual; ROBERT BALTHORPE II, an individual,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF RANCHO CORDOVA, a political subdivision of the state of California; COUNTY OF SACRAMENTO, a political subdivision of the state of California; RANCHO CORDOVA POLICE DEPARTMENT, an independent legal agency of the COUNTY OF SACRAMENTO and the CITY OF RANCHO CORDOVA; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; MICHAEL GOOLD, in his official capacity as the Chief of Police of the CITY OF RANCHO CORDOVA; RANCHO CORDOVA POLICE TRAFFIC SERGEANT G. LANE, in his individual and official capacity as Supervisor of the Traffic Division; SCOTT R. JONES, in his official capacity as the SHERIFF of the COUNTY OF SACRAMENTO; | No. 2:14-cv-01588-GEB-DAD<br><br>**ORDER VACATING HEARING DATE ON CLASS CERTIFICATION MOTION** |

1

RANCHO CORDOVA POLICE OFFICER S. CARRDOZZO (badge number 480); RANCHO CORDOVA POLICE OFFICER M. JAMES (badge number 507); RANCHO CORDOVA POLICE OFFICER S. PADGETT (badge number 1174),

        Defendants.

The September 28, 2015 hearing noticed on Plaintiff's class certification motion is vacated since it is not in compliance with the Status (Pretrial Scheduling) Order filed December 8, 2014. (See Status Order 2:18-19, ECF No. 27.)

Dated:  July 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2