**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
C.M. Brandon Gnekow, SBN: 306669
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

Attorneys for Defendants MICHAEL GOOLD and SCOTT JONES.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.O.L.T., et al. | Case No. 2:14-CV-01588-JAM-DB |
| Plaintiffs, | **STIPULATION FOR DISMISSAL; ORDER** |
| vs. | Second Amended Complaint filed: 2/10/15 |
| CITY OF RANCHO CORDOVA, et al. | |
| Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WARREN PEARL and GLENN OSBORN, by and through their undersigned counsel, and all Defendants by and through their undersigned counsel, that all claims by Plaintiffs WARREN PEARL and GLENN OSBORN alleged against all Defendants be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

---

1
**STIPULATION FOR DISMISSAL; ORDER**
{01791141.DOC}

Dated: March 30, 2018        PORTER SCOTT
                             A PROFESSIONAL CORPORATION

                             By  /s/ John R. Whitefleet
                                 John R. Whitefleet
                                 C.M. Brandon Gnekow
                                 Attorneys for Defendants


Dated: March 30, 2018        LAW OFFICES OF GARY W. GORSKI


                             By /s/ Gary W. Gorski (authorized on 3.29.18)
                                 Gary W. Gorski
                                 Daniel M. Karalash
                                 Attorneys for Plaintiffs



**ORDER**

IT IS SO ORDERED.

DATED:   3/30/2018


                             /s/ John A. Mendez
                             Honorable John A. Mendez
                             Judge of the United States District Court for the
                             Eastern District of California